

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00169-CV

**IN RE E.F.Z.** and L.G.Z., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01600
Honorable Richard Garcia, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 28, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable Linda Rodriguez presided over the bench trial and verbally pronounced the ruling. The Honorable Richard Garcia signed the written order.